# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:11cv503

| | |
|---|---|
| **LUCINDA M. BENNETT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **MEMORANDUM** |
| Vs. ) | **OF DECISION** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the consent Motion for Reversal and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (#13). This court finds that remand for purposes of conducting a new hearing pursuant to the fourth sentence of 42, United States Code, Section 405(g), is appropriate. On remand, the Administrative Law Judge shall take such evidence and make such findings as are specified in the Motion for Reversal and Remand.

## ORDER

**IT IS, THEREFORE, ORDERED** that the consent Motion for Reversal and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (#13) is **GRANTED,** the final decision of the Commissioner is hereby **VACATED,** and this matter is **REMANDED** for further proceedings consistent with the motion and this Order.

The Clerk of Court shall enter a Judgment consistent with this decision.

Signed: March 30, 2012

Max O. Cogburn Jr.
United States District Judge