# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lucinda M Bennett ,

    Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                       3:11cv503

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2012 Order.

                                                    Signed: March 30, 2012

*Frank G. Johns, Clerk*
*United States District Court*